UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HICKS, aka<br>JOSEPH NATHAN HICKS, aka<br>JOSEPH NATHON HICKS, aka<br>JOE HICKS,<br>　　　　　Petitioner,<br>vs.<br>DEBRA DEXTER (WARDEN),<br>　　　　　Respondent. | Case No. EDCV 08-1820-DDP(RC)<br><br><br>JUDGMENT |

　　　Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

　　　IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: August 19, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&R\08-1820.jud
5/18/09